| | |
|---|---|
| 1 | |
| 2 | **KAZEROUNI LAW GROUP, APC**<br>Abbas Kazerounian, Esq. (SBN: 249203)<br>ak@kazlg.com |
| 3 | Emily C. Beecham, Esq. (SBN: 315462)<br>emily@kazlg.com |
| 4 | 245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626 |
| 5 | Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 |

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Emily C. Beecham, Esq. (SBN: 315462)
emily@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Jonathan Shawn Bush

**ROBERT JOHNSON LAW CORPORATION**
Robert Johnson, Esq. (SBN: 155938)
robert@robertjohnsonlaw.com
34197 Pacific Coast Hwy., Suite 100
Dana Point, CA 92629
Telephone: (949) 498-4999
Facsimile: (949) 498-4998

**THE LAW OFFICE OF GEORGE MOSCHOPOULOS, APC**
George P. Moschopoulos, Esq.
(SBN: 249905)
GeorgeM@logmapc.com
34197 Pacific Coast Hwy., Suite 100
Dana Point, CA 92629
Telephone: (714) 904-1669
Facsimile: (949) 272-0428

*Attorneys for Defendant*,
InboundProspect, Inc.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN SHAWN BUSH, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**INBOUNDPROSPECT, INC. d/b/a SENIOR MOBILITY CARE,**<br><br>**Defendant.** | Case No.: 3:17-cv-02074-JAH-WVG<br><br>Assigned to: Hon. William V. Gallo<br><br>**JOINT MOTION AND STIPULATION FOR DISMISSAL OF ACTION** |

---

Case No.: 3:17-cv-02074-JAH-WVG  *Bush v. InboundProspect, Inc.*
**JOINT MOTION AND STIPULATION FOR DISMISSAL OF ACTION**

1  **TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

    **PLEAST TAKE NOTICE** that plaintiff Jonathan Shawn Bush ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his counsel, with defendant InboundProspect, Inc. d/b/a Senior Mobility Care ("Defendant"), by and through its counsel (collectively "the Parties"), hereby stipulate and jointly move this Honorable Court for dismissal of the above-captioned action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties agree to bear their own fees and costs.

    **IT IS SO STIPULATED AND REQUESTED.**

                                         Respectfully Submitted,

Dated: February 2, 2018           KAZEROUNI LAW GROUP


                                         **/s Emily C. Beecham**
                                         Emily C. Beecham, Esq.
                                         *Attorney for Plaintiff,*
                                         Jonathan Shawn Bush

Dated: February 2, 2018           ROBERT JOHNSON LAW
                                         CORPORATION


                                         **/s Robert Johnson**
                                         Robert Johnson, Esq.
                                         *Attorney for Defendant,*
                                         InboundProspect, Inc.

---

Case No.: 3:17-cv-02074-JAH-WVG            1 of 1            *Bush v. InboundProspect, Inc.*
**JOINT MOTION AND STIPULATION FOR DISMISSAL OF ACTION**

## **ECF CERTIFICATION**

I, Emily C. Beecham, hereby certify that the contents of this Joint Motion and Stipulation for Dismissal of Action is acceptable to all parties signing this motion, as required by the United States District Court for the Southern District of California Electronic Case Filing Administrative Policies and Procedures.

Date:  February 2, 2018                    Respectfully Submitted,

                                                      KAZEROUNI LAW GROUP, APC

                                                      By:  ***/s Emily C. Beecham***
                                                            Emily C. Beecham, Esq.