# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SHAWN BUSH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INBOUNDPROSPECT, INC. d/b/a SENIOR MOBILITY CARE,<br><br>Defendant. | Case No.: 3:17-cv-02074-JAH-WVG<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL OF ACTION** |

IT IS HEREBY ORDERED, pursuant to the Joint Motion and Stipulation of Plaintiff Jonathan Shawn Bush and Defendant InboundProspect, Inc. d/b/a Senior Mobility Care (collectively "the Parties"), that:

1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The Parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated:  February 6, 2018

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE